| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF MISSOURI |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name** — **Triplett Funeral Homes, LLC**

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN) — **83-0858635**

4. **Debtor's address**

   **Principal place of business**

   **975 E Main St**
   **Kahoka, MO 63445**
   Number, Street, City, State & ZIP Code

   **Clark**
   County

   **Mailing address, if different from principal place of business**

   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Triplett Funeral Homes, LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8122__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor **Triplett Funeral Homes, LLC**   Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
     Contact name _____
     Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Triplett Funeral Homes, LLC**_____ Case number (*if known*)_____
       Name

|  | |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Triplett Funeral Homes, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 27, 2025**
MM / DD / YYYY

X **/s/ Christopher T. Triplett**          **Christopher T. Triplett**
Signature of authorized representative of debtor          Printed name

Title    **Member/Manager**

**18. Signature of attorney**

X **/s/ Fredrich J Cruse**          Date **March 27, 2025**
Signature of attorney for debtor          MM / DD / YYYY

**Fredrich J Cruse 23480**
Printed name

**Cruse Chaney-Faughn**
Firm name

**718 Broadway**
**P.O. Box 914**
**Hannibal, MO 63401-0914**
Number, Street, City, State & ZIP Code

Contact phone  **573-221-1333**    Email address  **fcruse@cruselaw.com; bjdaughtery@cruselaw.com**

**23480 MO**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Triplett Funeral Homes, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express 200 Vesey Street New York, NY 10285-3106 | | Business account credit card | | | | $9,000.00 |
| Edwin & Kathy Wilson Kahoka Kahoka Kahoka, MO 63445 | | 40k sellers note. Roughly half of amount has been repaid . Note is on standby for life the loan | | | | $20,000.00 |
| People's Bank Wyaconda 310 S Johnson Kahoka, MO 63445 | | Loan for Chris Tripletts personal taxes. Supposedly paid loan with sale of limousine | | | | $15,000.00 |
| Ready Capital lending 200 Connell Dr Berkeley Heights, NJ 07922 | | Other: Triplett Funeral Home | | $1,631,683.08 | $825,000.00 | $806,683.08 |

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **Triplett Funeral Homes, LLC**                                    Case No.
                                      Debtor(s)                           Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of **2** page(s) and is true, correct and complete.

**/s/ Christopher T. Triplett**
**Christopher T. Triplett**/**Member/Manager**
Signer/Title

Dated:  **March 27, 2025**

L.F. 2 - 2/2021

Adams Telephone & Internet
405 Emminga Rd
Golden, IL 62339

Ally Financial
P.O. Box 380906
Bloomington, IL 55438

Ameren IP
700 Jersey St
Quincy, IL 62301

American Express
200 Vesey Street
New York, NY 10285-3106

Batesville Casket Company
1 Batesville Blvd
Batesville, IN 47006

Burlington Wilbert Vault
2845 Mt Pleasant
Burlington, IA 52601

Cass Communications
100 Red Bud Rd
Virginia, IL 62691

Edwin & Kathy Wilson
Kahoka
Kahoka
Kahoka, MO 63445

Geneva Capital
1311 Broadway St
Alexandria, MN 56308

Huntington bank
41 S High St
Columbus, OH 43287

Messenger Company
318 E Seventh St
Auburn, IN 46706

Nicor
PO Box 3014
Naperville, IL 60566

People's Bank Wyaconda
310 S Johnson
Kahoka, MO 63445

```
Quincy Wilbert Vault
4128 Wismann Lane
Quincy, IL 62305

Ready Capital lending
200 Connell Dr
Berkeley Heights, NJ 07922

Ready Capital lending
200 Connell Dr  City
Suite 4000
Berkeley Heights, NJ 07923

ReadyCap Lending
200 Connell Drive Suite 4000
Berkeley Heights, NJ 07922

The Business Centre
625 Hampshire St
Quincy, IL 62301

Yondoo Internet & Telephone
PO Box 401
Bowling Green, MO 63334
```

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **Triplett Funeral Homes, LLC**
Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Triplett Funeral Homes, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 27, 2025**
Date

**/s/ Fredrich J Cruse**
**Fredrich J Cruse 23480**
Signature of Attorney or Litigant
Counsel for  **Triplett Funeral Homes, LLC**
**Cruse Chaney-Faughn**
**718 Broadway**
**P.O. Box 914**
**Hannibal, MO 63401-0914**
**573-221-1333 Fax:573-221-1448**
**fcruse@cruselaw.com; bjdaughtery@cruselaw.com**